1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, DONALD MOORMAN

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        CASE NO.  6:15-mj-00103-MJS

12 |         Plaintiff,

13 |    v.                            **STIPULATION TO CONTINUE STATUS CONFERENCE TO JANUARY 27, 2016; ORDER THEREON**

14 | DONALD MOORMAN,

15 |         Defendant.

16

17         **IT IS HEREBY STIPULATED** by and between the Defendant, DONALD

18 MOORMAN, his attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the

19 National Park Service, MATTHEW McNEASE, that the Status Conference in the above-

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

captioned matter currently scheduled for January 26, 2016, at 10:00 a.m. be continued until January 27, 2016, at 10:00 a.m. Defense counsel wishes to consolidate trips to Yosemite.

Dated: January 13, 2016          /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 ALON HAMMER

Dated: January 13, 2016          /s/ Matthew McNease
                                 MATTHEW McNEASE
                                 Acting Legal Officer
                                 National Park Service

## ORDER

The Status Conference for Defendant, Donald Moorman, currently scheduled for January 26, 2016, at 10:00 a.m. shall be continued to January 27, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 15, 2016           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE