**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, DONALD MOORMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DONALD MOORMAN,<br><br>                    Defendant. | CASE NO.  6:15-mj-00103-MJS<br><br>**STIPULATION TO EXTENSION OF PROBATION TO AUGUST 15, 2017; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, DONALD MOORMAN, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that probation for Mr. Moorman be extended to August 15, 2017.  This extension will permit Mr. Moorman to complete his AA attendance hours as ordered in the Judgment imposed on June 28, 2016.  Mr. Moorman has already completed his community service hours.

Dated:  May 18, 2017                               /s/ Carol Ann Moses
                                                                CAROL ANN MOSES
                                                                Attorney for Defendant,
                                                                DONALD MOORMAN


Dated:  May 18, 2017                               /s/ Susan St. Vincent
                                                                SUSAN ST. VINCENT
                                                                Legal Officer
                                                                National Park Service

ORDER

The Court, having reviewed the above request HEREBY ORDERS that the period of Probation for Defendant DONALD MOORMAN in CASE NO. 6:15-mj-00103-MJS be extended to August 15, 2017 to give Defendant Moorman additional time to ordered to complete 8 months of AA attendance and submit proof to the Court. A review hearing is scheduled for July 11, 2017.

IT IS SO ORDERED.

Dated:   May 19, 2017          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE