**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, DONALD MOORMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>DONALD MOORMAN,<br><br>             Defendant. | CASE NO.  6:15-mj-00103-MJS<br><br>**STIPULATION TO CONTINUE REVIEW AND TO EXTEND PROBATION TO SEPTEMBER 3, 2017; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, DONALD MOORMAN, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the review hearing for Mr. Moorman currently scheduled for Tuesday, July 11, 2017, be continued to August 3, 2017.  Mr. Moorman will appear at the review hearing to be held at the U.S. District Court in Fresno, California, Courtroom 6, at 1:30 P.M.  Mr. Moorman's probation will be extended until September 3, 2017.

Dated:  July 10, 2017                                  /s/ Carol Ann Moses                
                                                                CAROL ANN MOSES
                                                                Attorney for Defendant,
                                                                DONALD MOORMAN


Dated:  July 10, 2017                                  /s/ Susan St. Vincent              
                                                                SUSAN ST. VINCENT
                                                                Legal Officer
                                                                National Park Service

ORDER

The parties' STIPULATION TO CONTINUE REVIEW AND TO EXTEND PROBATION in case number 6:15-mj-00103-MJS is accepted and adopted. The Review Hearing for Defendant DONALD MOORMAN, is continued to August 3, 2017, at 1:30 P.M. in Courtroom 6 at the U.S. District Court in Fresno, California, and Mr. Moorman's probation is extended to September 3, 2017.

IT IS SO ORDERED.

Dated: July 10, 2017          /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE